IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TOM L. RUTLEDGE, SR.,

    Petitioner,

-vs-

JAMES N. CROSS, *warden*,

    Respondent.               No. 12-cv-1042-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 9, 2013, the Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

**Dated**: January 9, 2013

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT

                BY:   s/*Sara Jennings*
                         Deputy Clerk

David R. Herndon
2013.01.09 15:57:03 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT