IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TOM L. RUTLEDGE, SR.,

    Petitioner,

-vs-

JAMES N. CROSS
*Warden*,

    Respondent.                    No. 12-cv-1042-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 26, 2014 (Doc. 31), the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.**

                    JUSTINE FLANAGAN,
                    ACTING CLERK OF COURT

                    BY:  *s/Caitlin Fischer*
                            Deputy Clerk

**DATED:** September 26, 2014

Digitally signed by David R. Herndon
Date: 2014.09.26 10:04:56 -05'00'

**APPROVED:**
        CHIEF JUDGE
        U. S. DISTRICT COURT